Commonwealth ex rel. Watson, Appellant, *v.* Maroney.

Submitted April 10, 1961.   Before RHODES, P. J.,
ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*William Watson,* appellant, in propria persona.

*Glenn R. Toothman, Jr.,* District Attorney, for
appellee.

OPINION PER CURIAM, June 15, 1961:
The order of the court below dismissing petition for
writ of habeas corpus is affirmed on the opinion of
President Judge HOOK, as reported in 24 Pa. D. & C.
2d 90.